UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**

July 1, 2021

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JERVONTAE JAMARR CHURCHILL,

Defendant.

Case No.  2:21-mj-00105-AC

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  JERVONTAE JAMARR

CHURCHILL , Case No.  2:21-mj-00105-AC  Charge 18 USC § 922(a)(6), from

custody for the following reasons:

_____    Release on Personal Recognizance

_____    Bail Posted in the Sum of $ _____

  X    Unsecured Appearance Bond $   50,000

_____    Appearance Bond with 10% Deposit

_____    Appearance Bond with Surety

_____    Corporate Surety Bail Bond

_____    (Other):

Issued at Sacramento, California on July 1, 2021 at 2:00 PM.

By: _____

Magistrate Judge Allison Claire